B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lopez, Yohandry** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Linares, Geisel** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1933** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7906** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2901 W 16th Ave Lot# 93-A**<br>**Hialeah, FL**<br>ZIP Code **33018** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2901 W 16th Ave Lot# 93-A**<br>**Hialeah, FL**<br>ZIP Code **33018** |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business:<br>**Miami-Dade** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lopez, Yohandry**<br>**Linares, Geisel** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Marcia Pereira**          **November  9, 2011**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Marcia Pereira 041863** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lopez, Yohandry**<br>**Linares, Geisel** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Yohandry Lopez**

Signature of Debtor **Yohandry Lopez**

X **/s/ Geisel Linares**

Signature of Joint Debtor **Geisel Linares**

Telephone Number (If not represented by attorney)

**November  9, 2011**

Date

### Signature of Attorney*

X **/s/ Marcia Pereira**

Signature of Attorney for Debtor(s)

**Marcia Pereira 041863**

Printed Name of Attorney for Debtor(s)

**Daniel M. Keil, P.A.**

Firm Name

**6500 Cowpen Road**
**Miami Lakes, FL 33014**

Address

**Email: bankruptcy@keillaw.com**
**305-821-5500  Fax: 305-821-9066**

Telephone Number

**November  9, 2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yohandry Lopez**                                              Case No. _____
        **Geisel Linares**

                                           Debtor(s)        Chapter    **13**       _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Yohandry Lopez**
                            **Yohandry Lopez**

Date:   **November  9, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yohandry Lopez**     Case No. _____

      **Geisel Linares**            Chapter    **13**

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

　　　　　Signature of Debtor:　**/s/ Geisel Linares**
　　　　　　　　　　　　　　　　**Geisel Linares**
　　　　　Date:　**November  9, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                                      Debtors

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 577,106.00 | | |
| B - Personal Property | Yes | 3 | 3,996.22 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,328,005.99 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 453,121.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,500.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,354.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 581,102.22 | | |
| Total Liabilities | | | | 1,781,127.11 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yohandry Lopez,**
       **Geisel Linares**

                 Debtors

Case No. _____

Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,500.00 |
| Average Expenses (from Schedule J, Line 18) | 2,354.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,083.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 750,899.99 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 453,121.12 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,204,021.11 |

B6A (Official Form 6A) (12/07)

.

In re    **Yohandry Lopez,**                                                          Case No. _____
         **Geisel Linares**

_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135thh Street, Hialeah, FL 33018** | **Fee simple** | **J** | **375,000.00** | **968,153.99** |
| **SPRING WEST ESTATES SUB PB 160-37 T-20701 LOT 1 BLK 3 LOT SIZE 8245 SQFT FAU 30-2009-001-0551 COC 25439-2493 02 2007 6 located at 17130 NW 87 AVE HIALEAH FL 33018** | **Fee simple** | **W** | **202,106.00** | **Unknown** |

|  | Sub-Total > | **577,106.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **577,106.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Yohandry Lopez,**                                          Case No. _____
         **Geisel Linares**
                                                              ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | 53.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Bank Atlantic x7450** | J | 193.38 |
| | | | **Checking Account # X7986 (Business)** | J | 899.84 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, household goods, electronics, computer equipments,etc** | J | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing, shoes** | J | 100.00 |
| 7. | Furs and jewelry. | | **Watch** | H | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Firearm-colt 45** | H | 150.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                              Sub-Total >          **2,996.22**
                                                            (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Yohandry Lopez,**                                        Case No. _____
       **Geisel Linares**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Caulking Express, LLC** | **H** | **1,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                              Sub-Total >        **1,000.00**
                                                           (Total of this page)

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Yohandry Lopez,**                                                    Case No. _____
         **Geisel Linares**

———————————————————————————,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **3,996.22** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Yohandry Lopez,**                                    Case No. _____
         **Geisel Linares**

_____,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **Fla. Const. art. X, § 4(a)(2)** | **53.00** | **53.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account Bank Atlantic x7450** | **Fla. Const. art. X, § 4(a)(2)** | **193.38** | **193.38** |
| **Checking Account # X7986 (Business)** | **Fla. Stat. Ann. § 222.25(4)** | **899.84** | **899.84** |
| **Household Goods and Furnishings** | | | |
| **Furniture, household goods, electronics, computer equipments,etc** | **Fla. Const. art. X, § 4(a)(2)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Clothing, shoes** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **Watch** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Firearm-colt 45** | **Fla. Stat. Ann. § 222.25(4)** | **150.00** | **150.00** |
| **Stock and Interests in Businesses** | | | |
| **100% interest in Caulking Express, LLC** | **Fla. Stat. Ann. § 222.25(4)** | **1,000.00** | **1,000.00** |

|  | Total: | **3,996.22** | **3,996.22** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Yohandry Lopez,**
**Geisel Linares**

Case No. _____

Debtors ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5432** <br><br> BAC Home Loan Servicing, LP <br> 450 American St <br> Simi Valley, CA 93065 | | J | | | 08/2007 <br> **Second Mortgage** <br> **29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135thh Street, Hialeah, FL 33018** | | | | | |
| | | | | | Value $                          375,000.00 | | | | 73,618.00 | 73,618.00 |
| Account No. **Notice only** <br><br> BAC Home Loan Servicing, LP <br> c/o Greenpoint Mortgage Funding, Inc <br> 1100 Larkspur Landing, Cir, Suite 360 <br> Larkspur, CA 94939 | | J | | | **For Notification Purposes Only** | | | | | |
| | | | | | Value $                                 0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> Bank United, FSB <br> 7815 NW 148th Street <br> Miami Lakes, FL 33016 | | | W | | **Second Mortgage** <br><br> **SPRING WEST ESTATES SUB PB 160-37 T-20701 LOT 1 BLK 3 LOT SIZE 8245 SQFT FAU 30-2009-001-0551 COC 25439-2493 02 2007 6 located at 17130 NW 87 AVE HIALEAH FL 33018** | | | | | |
| | | | | | Value $                          202,106.00 | | | | Unknown | Unknown |
| Account No. **xxxxx4024** <br><br> Countrywide Home Loans (BAC) <br> 450 American Street <br> Simi Valley, CA 93065 | | J | | | Opened  2/01/07 Last Active  9/15/11 <br> **Mortgage** <br> **SPRING WEST ESTATES SUB PB 160-37 T-20701 LOT 1 BLK 3 LOT SIZE 8245 SQFT FAU 30-2009-001-0551 COC 25439-2493 02 2007 6 located at 17130 NW 87 AVE HIALEAH FL 33018** | | | | | |
| | | | | | Value $                          202,106.00 | | | | 359,852.00 | 157,746.00 |

**1** continuation sheets attached

Subtotal <br> (Total of this page)      | 433,470.00 | 231,364.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notification Purposes Only | | | | | |
| **Countrywide Home Loans (BAC) Law Offices of Marshall Watson 1800 NW 49 St, Suite 120 Fort Lauderdale, FL 33309** | | J | **SPRING WEST ESTATES SUB PB 160-37 T-20701 LOT 1 BLK 3 LOT SIZE 8245 SQFT FAU 30-2009-001-0551 COC 25439-2493 02 2007 6 located at 17130 NW 87 AVE HIALEAH FL 33018** | | | | | |
| | | | Value $ 202,106.00 | | | | 0.00 | 0.00 |
| Account No. xx   xxxxxxx0144 | | | 2009 - 2011 Statutory Lien | | | | | |
| **Miami-Dade Tax Collector 140 West Flagler Street Miami, FL 33130** | | J | **29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135thh Street, Hialeah, FL 33018** | | | | | |
| | | | Value $ 375,000.00 | | | | 22,517.99 | 22,517.99 |
| Account No. xxxxxx0085 | | | Mortgage | | | | | |
| **Saxon MTG SVS, Inc 4708 Mercantile Drive North Fort Worth, TX 76137-3605** | | J | **29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135thh Street, Hialeah, FL 33018** | | | | | |
| | | | Value $ 375,000.00 | | | | 872,018.00 | 497,018.00 |
| Account No. 09-57902 CA10 | | | For Notification Purposes Only | | | | | |
| **Saxon MTG SVS, Inc c/o Aldridge Connors 7000 West Palmetto Park Road, Ste 307 Boca Raton, FL 33433** | | J | **29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135thh Street, Hialeah, FL 33018** | | | | | |
| | | | Value $ 375,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 894,535.99 | 519,535.99 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,328,005.99 | 750,899.99 |

B6E (Official Form 6E) (4/10)

.

In re  **Yohandry Lopez,**
      **Geisel Linares**

Case No. _____

                                            ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____ ,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Advanta Bank**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** | | - | | **Misc.** | | | | **Unknown** |
| Account No. **4773** <br><br>**American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | | | **12/13/2001**<br>**Credit card purchases** | | | | **23,044.00** |
| Account No. **0863** <br><br>**American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | - | | **02172002**<br>**Credit Card** | | | | **8,754.00** |
| Account No. **7203** <br><br>**American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | - | | **01/10/2002**<br>**credit card** | | | | **8,643.00** |

  **22**  continuation sheets attached

Subtotal
(Total of this page)

**40,441.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Yohandry Lopez,**
　　　　**Geisel Linares**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4053** <br><br> **American Express** <br> **P.O. Box 297871** <br> **Fort Lauderdale, FL 33329** | | - | | **06/07/2002** <br> **Credit Card** | | | | 5,785.00 |
| Account No. **0783** <br><br> **American Express** <br> **P.O. Box 297871** <br> **Fort Lauderdale, FL 33329** | | - | | **09/30/2002** <br> **Credit Card** | | | | 1,089.00 |
| Account No. <br><br> **Arrow Financial Services** <br> **5996 W. Touhy Ave** <br> **Niles, IL 60714** | | - | | **Misc** | | | | Unknown |
| Account No. <br><br> **Asset Acceptance, LLC** <br> **PO Box 2036** <br> **Warren, MI 48090** | | - | | **Assignee Account** | | | | Unknown |
| Account No. <br><br> **Associated Recovery Systems** <br> **P.O. Box 469099** <br> **Escondido, CA 92046** | | - | | **Misc** | | | | Unknown |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,874.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1796**<br><br>AT&T<br>P.O. Box 1262<br>Charlotte, NC 28201 | - | | | | Utility | | | | 444.00 |
| Account No. **2036**<br><br>Banco Popular<br>8180 NW 36th St<br>Miami, FL | - | | | | 11/21/2006<br>Check Credit or Line of Credit | | | | 10,000.00 |
| Account No. **6011**<br><br>Banco Popular<br>7 West 51st Street<br>New York, NY 10019 | - | | | | 07/19/2006<br>Check Credit or Line of Credit | | | | 8,000.00 |
| Account No. **6078**<br><br>Banco Popular<br>P.O. Box 17036<br>Baltimore, MD 21297 | - | | | | Credit Card | | | | 3,400.00 |
| Account No. **4543**<br><br>Banco Popular<br>P.O. Box 4601<br>Oak Park, IL 60303 | | H | | | 12/20/2007<br>Business Credit Line - Caulking Express Inc - Just for notification purposes. Debtor not personally liable | | | | Unknown |

Sheet no. _**2**___ of _**22**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,844.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
      **Geisel Linares**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6209**<br><br>**Banco Popular**<br>**P.O. Box 4601**<br>**Oak Park, IL 60303** | | W | 01/28/2008<br>**Business Credit Line - Florida Unlimited Glass Inc. (DISSOLVED) - for notification purposes only - debtor not personally liable** | | | | **Unknown** |
| Account No. **xxxxxxxxxx7667**<br><br>**Bank of America**<br>**4161 Piedmont Parkway  Nc4 105 03 14**<br>**Greensboro, NC 27410** | | - | **Opened  1/01/07  Last Active  1/20/09**<br>**Automobile - Deficiency Repossession** | | | | **23,030.00** |
| Account No. **0058**<br><br>**Bank of America**<br>**c/o Financial Recovery Services Inc**<br>**P.O. Box 385908**<br>**Minneapolis, MN 55438** | | - | 03/2006<br>**Credit Card** | | | | **19,735.00** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | - | **For Notification Purposes Only** | | | | **0.00** |
| Account No. **5928**<br><br>**Bank of America**<br>**c/o Enhanced Recovery Corporation**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | 09/2007<br>**Credit Card** | | | | **9,023.00** |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,788.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
     **Geisel Linares**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3175** <br><br> **Bank of America** <br> **De5-019-03-07** <br> **Newark, DE 19714** | - | | | 09/2000 <br> **Credit Card** | | | | **24,505.00** |
| Account No. **0874** <br><br> **Bank of America** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886-5726** | - | | | 04/2003 <br> **Credit Card** | | | | **6,233.35** |
| Account No. **1274** <br><br> **Bank One Card Service** <br> **Westerville, OH 43081** | - | | | 05/2005 <br> **Credit Card** | | | | **8,114.00** |
| Account No. **4929** <br><br> **Bank One Card Service** <br> **Westerville, OH 43081** | - | | | 09/2007 <br> **Credit Card** | | | | **8,002.00** |
| Account No. <br><br> **Bank United FSB** <br> **14817 Oak Lane** <br> **Hialeah, FL 33016** | - | | | **Deficiency Foreclosure** <br> **17152 NW 87th Ct, Miami FL** | | | | **Unknown** |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,854.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Bank United FSB** c/o Neale J. Poller, FSB 550 Biltmore Way, Ste 700 Miami, FL 33134 | | - | | For Notification Purposes Only | | | | 0.00 |
| Account No. **Bank United FSB** 14817 Oak Lane Hialeah, FL 33016 | | - | | Deficiency Foreclosure 17130 NW 87th Ave, Miami Lake, FL | | | | Unknown |
| Account No. **0005** **Barclays Bank Delaware** 125 South West Street Wilmington, DE 19801 | | | | 09/2007 Credit Card | | | | 2,031.00 |
| Account No. **Barclays Bank Delaware** c/o Juniper Card Services P.O. Box 13337 Philadelphia, PA 19101 | | - | | For Notification Purposes Only | | | | 0.00 |
| Account No. **7226** **BJs Card Services** P.O. Box 13337 Philadelphia, PA 19101 | | - | | Credit Card | | | | 1,500.00 |

Sheet no. __5___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,531.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
         **Geisel Linares**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Property Taxes - Notice Only | | | | |
| Broward County Rev. Collector 115 S. Andrews Ave. Fort Lauderdale, FL 33301 | - | | | | | | | | 0.00 |
| Account No. | | | | | Misc | | | | |
| Bureau of Collection Recovery Inc 7575 Corporate Way Eden Prairie, MN 55344 | - | | | | | | | | 0.00 |
| Account No. **6937** | | | | | Credit Card | | | | |
| Business Card P.O. Box 15710 Wilmington, DE 19886 | - | | | | | | | | 10,302.84 |
| Account No. | | | | | Assignee of account | | | | |
| CACH LLC c/o Law Office of Larry Roach 175 Montrose West Avenue # 170 Copley Township, OH 44321 | - | | | | | | | | Unknown |
| Account No. | | | | | Misc | | | | |
| Calvary Portifolio Services LLC P.O. Box 27288 Tempe, AZ 85285 | - | | | | | | | | Unknown |

Sheet no. **6** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,302.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
          **Geisel Linares**

Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Capital One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | - | | | **Credit Card** | | | | **Unknown** |
| Account No.<br><br>**Capital One**<br>**c/o LOR Mar Investment, LLC**<br>**662 Glenridge Road**<br>**Key Biscayne, FL 33149** | - | | | **For Notification Purposes Only** | | | | **0.00** |
| Account No.<br><br>**Capital One**<br>**c/o Shapiro & Fishman, LLP**<br>**2424 N. Federal Hgwy #360**<br>**Boca Raton, FL 33431** | - | | | **For Notification Purposes Only** | | | | **0.00** |
| Account No. **0907**<br><br>**Capital One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | - | | | **12/2003**<br>**Credit Card** | | | | **5,899.00** |
| Account No.<br><br>**Capital One**<br>**P.O. BOx 30285**<br>**Salt Lake City, UT 84130** | - | | | **Deficiency Foreclosure**<br>**Case 08-52128 CA** | | | | **Unknown** |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,899.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
          **Geisel Linares**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | For Notification Purposes Only | | | | |
| **Chase** **c/o Associated Recovery Systems** **P.O. Box 469046** **Escondido, CA 92046** | | | | | | | | **Unknown** |
| Account No. **1874** | | - | | 10/2007 Credit Card | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | | | | | | | | **7,880.00** |
| Account No. **5933** | | - | | 10/05/1998 Credit Card | | | | |
| **Chevron** **P.O. Box 5010** **Concord, CA 94524** | | | | | | | | **2,103.22** |
| Account No. **8708** | | - | | 12/2005 Misc | | | | |
| **Chevy Chase Bank** **8401 Connecticut Avenue** **Chevy Chase, MD 20815** | | | | | | | | **0.00** |
| Account No. **2087** | | - | | Credit Card | | | | |
| **Circuit City** **P.O. Box 15291** **Wilmington, DE 19886** | | | | | | | | **6,813.00** |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,796.22**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3190**<br><br>**CITGO/CBSD**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | - | | 01/2001<br>**Credit Card** | | | | **507.00** |
| Account No. **5499**<br><br>**Citi**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | - | | 09/01/2000<br>**Credit Card** | | | | **0.00** |
| Account No.<br><br>**Citi Furniture**<br>**P.O. Box 9121**<br>**Des Moines, IA 50306** | | - | | **Misc** | | | | **0.00** |
| Account No. **4256**<br><br>**CitiBusiness Card**<br>**P.O. Box 6414**<br>**The Lakes, NV 88901** | | - | | **Credit Card** | | | | **21,420.50** |
| Account No. **4714**<br><br>**Citifinancial Retail Services**<br>**P.O. Box 499**<br>**Hanover, MD 21076** | | - | | 10/2007<br>**Charge Account** | | | | **8,891.00** |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**30,818.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Misc | | | | |
| **Consolidated Asset Management, LLC** **727 East Bethany Home Rd** **Phoenix, AZ 85014** | - | | | | | | | **Unknown** |
| Account No. | | | | Deficiency Foreclosure | | | | |
| **Countrywide Home Loans, Inc.** **4500 Park Granada Blvd** **Calabasas, CA 91302** | - | | | | | | | **Unknown** |
| Account No. 9833 | | | | Credit Card | | | | |
| **Dell Preferred Account** **P.O. Box 6403** **Carol Stream, IL 60197** | - | | | | | | | **4,084.87** |
| Account No. 7146 | | | | 12/2004 Credit Card | | | | |
| **Discover Financial Services LLC** **P.O. Box 15316** **Wilmington, DE 19850** | - | | | | | | | **10,946.00** |
| Account No. | | | | For Notification Purposes Only | | | | |
| **Discover Financial Services LLC** **c/o Capital Management Services, LLP** **726 Exchange St. Suite 700** **Buffalo, NY 14210** | - | | | | | | | **0.00** |

Sheet no. **10** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,030.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
         **Geisel Linares**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **9420**<br><br>**DSNB Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | - | | | **10/2006**<br>**Charge Account** | | | | **2,437.00** |
| Account No. **6597**<br><br>**DSNB Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | - | | | **08/1998**<br>**Charge Account** | | | | **5,033.20** |
| Account No.<br><br>**Federal National Mortgage Association**<br>**3900 Wisconsin Ave, NW**<br>**Washington, DC 20016** | - | | | **Deficiency Foreclosure**<br>**1893 S. Ocean Dr # 901**<br>**Hallandale, FL** | | | | **Unknown** |
| Account No.<br><br>**Ford Motor Credit Co**<br>**One American Road**<br>**Dearborn, MI 48126** | - | | | **Deficiency - Repossession** | | | | **Unknown** |
| Account No.<br><br>**GE Money Bank**<br>**c/o Midland Credit Management**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | - | | | **For Notification Purposes Only** | | | | **0.00** |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,470.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
         **Geisel Linares**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | For Notification Purposes Only | | | | |
| **GE Money Bank c/o Leading Edge Recovery Solutions LLC 5440 N Cumberland Ave Ste. 300 Chicago, IL 60656** | | | | | | | | 0.00 |
| Account No. **4572** | | J | | 09/2009 Misc | | | | |
| **GE Money Bank / Lowes Consumer P.O. Box 103104 Roswell, GA 30076** | | | | | | | | 1,622.00 |
| Account No. **0691** | | | | 01/27/2003 Charge Account | | | | |
| **GEMB/Brandsmart P.O. Box 981439 El Paso, TX 79998** | | | | | | | | 6,169.08 |
| Account No. **9547** | | - | | 11/20/1999 Charge Account | | | | |
| **GEMB/JCP P.O. Box 984100 El Paso, TX 79998** | | | | | | | | 15,872.92 |
| Account No. **4919** | | - | | Misc | | | | |
| **Hitti Inc P.O. Box 382002 Pittsburgh, PA 15250** | | | | | | | | 1,973.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,637.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
　　　　 **Geisel Linares**

Case No. _____

_____,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0020**<br><br>**Household Bank<br>c/o Cach LLC<br>Denver, CO 80202** | - | | | | **10/2008<br>Collection Agency** | | | | 3,682.00 |
| Account No.<br><br>**Household Bank<br>c/o Lawrence A. Hecker, Esq.<br>2C South Gold Drive<br>Trenton, NJ 08691** | - | | | | **For Notification Purposes Only** | | | | 0.00 |
| Account No.<br><br>**Household Credit Services<br>P.O. Box 5222<br>Carol Stream, IL 60197** | - | | | | **Misc** | | | | 0.00 |
| Account No. **2600**<br><br>**HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197** | - | | | | **01/2001<br>Credit Card** | | | | 0.00 |
| Account No. **7813**<br><br>**HSBC/Best Buy<br>1405 Foulk Road<br>Wilmington, DE 19808** | - | | | | **01/2005<br>Charge Account** | | | | 11,034.10 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,716.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W  J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2707** <br><br> **HSBC/SAKS** <br> **140 W Industrial Dr** <br> **Elmhurst, IL 60126** | - | | | **11/24/2006** <br> **Charge Account** | | | | **2,751.15** |
| Account No. <br><br> **Islands-Martinique Association, Inc.** <br> **1971 W. McNab Rd, Ste 2** <br> **Pompano Beach, FL 33069** | - | | | **Misc.** | | | | **0.00** |
| Account No. **4800** <br><br> **Land Rover** <br> **25 Braintree Hill Park S** <br> **Braintree, MA 02184** | - | | | **03/2007** <br> **Deficiency - Repossession** | | | | **Unknown** |
| Account No. **9419** <br><br> **LHR Inc** <br> **56 Main Street** <br> **Hamburg, NY 14075** | - | | | **08/2008** <br> **Factoring Company Account** | | | | **8,654.00** |
| Account No. <br><br> **LOR-MAR Investment, LLC** <br> **662 Glenridge Rd** <br> **Key Biscayne, FL 33149** | - | | | **For Notification Purposes Only** | | | | **0.00** |

Sheet no. __**14**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,405.15**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
       **Geisel Linares**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LTD Financial Services, LP**<br>**7322 SW Freeway Suite 1600**<br>**Houston, TX 77074** | - | | For Notification Purposes Only | | | | **0.00** |
| Account No. **7648**<br><br>**LVNV Funding LLC**<br>**P.O. Box 10584**<br>**Greenville, SC 29603** | - | | 02/2009<br>Factoring Company Account | | | | **2,805.00** |
| Account No. **6597**<br><br>**Macys Visa**<br>**P.O. Box 8097**<br>**Mason, OH 45040** | - | | Charge Account | | | | **5,154.33** |
| Account No.<br><br>**Maria Zayas**<br>**662 Glenridge Rd**<br>**Key Biscayne, FL 33149** | - | | For Notification Purposes Only | | | | **0.00** |
| Account No.<br><br>**Miami-Dade Water and Sewer**<br>**P.O. Box 330316**<br>**Miami, FL 33233** | - | | Utility | | | | **Unknown** |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,959.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
         **Geisel Linares**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7298**<br><br>**Midland Credit Management**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | - | | | **09/2008**<br>**Factoring Company Account** | | | | **12,031.00** |
| Account No. **8500**<br><br>**Natlamerican**<br>**1 Allied Drive**<br>**Feasterville Trevose, PA 19053** | - | | | **Unknown Loan Types** | | | | **21,138.00** |
| Account No.<br><br>**NCC Business Services, Inc**<br>**P.O Box 23758**<br>**Jacksonville, FL 32241** | - | | | **Misc** | | | | **0.00** |
| Account No.<br><br>**Owen Industries, LLC**<br>**1932 N.W. Miami Court**<br>**Miami, FL 33136** | - | | | **Misc** | | | | **0.00** |
| Account No.<br><br>**Pentagroup Financial LLC**<br>**P.O. Box 742245**<br>**Houston, TX 77274** | - | | | **Misc** | | | | **0.00** |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,169.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
          **Geisel Linares**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **9547**<br><br>**Portfolio Recovery & Affil**<br>**120 Corporate Blvd. Ste 1**<br>**Norfolk, VA 23502** | | - | | Factoring Company Account | | | | 16,216.00 |
| Account No. **8132**<br><br>**Portfolio Recovery & Affil**<br>**120 Corporate Blvd. Ste 1**<br>**Norfolk, VA 23502** | | - | | Factoring Company Account | | | | 13,407.00 |
| Account No. **8434**<br><br>**Radio Shack/CBSD**<br>**P.O Box 6497**<br>**Sioux Falls, SD 57117** | | - | | 01/2005<br>Charge Account | | | | 3,383.00 |
| Account No.<br><br>**Sears Credit Cards**<br>**P.O. Box 6937**<br>**The Lakes, NV 88901** | | - | | Misc | | | | 0.00 |
| Account No. **4676**<br><br>**Sears Gold Mastercard**<br>**P.O Box 105486**<br>**Atlanta, GA 30348** | | - | | 03/2009<br>Credit Card | | | | 12,465.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,471.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yohandry Lopez,**
          **Geisel Linares**

Case No. _____

_____,
                                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4676** <br><br> **Sears Gold Mastercard** <br> **c/o LVNV Funding LLC** <br> **P.o. Box 10584** <br> **Greenville, SC 29603** | - | | | | **03/2009** <br> **Notification Purposes Only** | | | | **0.00** |
| Account No. **5579** <br><br> **Sears/CBSD** <br> **133200 Smith Road** <br> **Cleveland, OH 44130** | - | | | | **12/31/2004** <br> **Charge Account** | | | | **0.00** |
| Account No. **1223** <br><br> **T-Mobile** <br> **c/o Law Office of MN Kay** <br> **7 Penn Plz** <br> **New York, NY 10001** | - | | | | **10/2009** <br> **Collection Agency** | | | | **217.00** |
| Account No. <br><br> **T-Mobile** <br> **P.O. Box 742596** <br> **Cincinnati, OH 45274** | - | | | | **Misc.** | | | | **Unknown** |
| Account No. **5033** <br><br> **Target N.B.** <br> **3701 Wayzata Blvd MS 3CG** <br> **Minneapolis, MN 55416** | - | | | | **04/2006** <br> **Credit Card** | | | | **7,596.00** |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,813.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
         **Geisel Linares**

Case No. _____

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | For Notification Purposes Only | | | | |
| **Target N.B.** **c/o Rubin & Debski PA** **P.O. Box 47718** **Jacksonville, FL 32247** | | | | | | | | 0.00 |
| Account No. 9246 | | - | | Misc | | | | |
| **The Children's Place** **4740 121 St** **Urbandale, IA 50323** | | | | | | | | 400.00 |
| Account No. 0684 | | - | | 11/1999 Charge Account | | | | |
| **The Home Depot/CBSD** **P.o. Box 6497** **Sioux Falls, SD 57117** | | | | | | | | 3,801.04 |
| Account No. 2951 | | - | | 09/23/2007 Charge Account | | | | |
| **Tiger GLD CD** **P.O. Box 94498** **Las Vegas, NV 89193** | | | | | | | | 0.00 |
| Account No. 1874 | | - | | Misc | | | | |
| **Toys R Us/ Card Member Services** **P.O. Box 15153** **Wilmington, DE 19886** | | | | | | | | 6,346.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | 10,547.04 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
**Geisel Linares**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**US Bank NA**<br>**425 Walnut Street**<br>**Cincinnati, OH 45202** | - | | | **Deficiency - Foreclosure**<br>**Case 08-18513 Miami Dade Court** | | | | **Unknown** |
| Account No. <br><br>**US Bank NA**<br>**c/o Smith, Hiatt & Diaz, PA**<br>**P.O. Box 11438**<br>**Fort Lauderdale, FL 33339-1438** | - | | | **For Notification Purposes Only** | | | | **0.00** |
| Account No. **6597**<br><br>**VISDSNB**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | | | **10/2006**<br>**Credit Card** | | | | **5,737.00** |
| Account No. **3253**<br><br>**Wachovia REC**<br>**P.O. box 3117**<br>**Winston Salem, NC 27102** | - | | | **10/2007**<br>**Credit Card** | | | | **12,326.00** |
| Account No. **3390**<br><br>**WEB Bank/DFS**<br>**12234 N Lh 35 Sb Bldg B**<br>**Austin, TX 78753** | - | | | **09/2007**<br>**Charge Account** | | | | **4,685.00** |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,748.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohandry Lopez,**
      **Geisel Linares**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Wells Fargo / Citi Furniture**<br>**c/o Arrow Financial Svcs**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | - | | | For Notification Purposes Only | | | | 0.00 |
| Account No. **2360**<br><br>**Wells Fargo / Tiger Gold Card**<br>**c/o Calvary Portfolio Svcs**<br>**7 Skyline Dr. 3rd FLoor**<br>**Hawthorne, NY 10532** | - | | | 03/2009<br>For Notification Purposes Only | | | | 0.00 |
| Account No. **8933**<br><br>**Wells Fargo Bank NA**<br>**101 North Philips Abe**<br>**Sioux Falls, SD 57104** | - | | | Charge Account | | | | 2,115.52 |
| Account No.<br><br>**Wells Fargo Bank NA**<br>**c/o Associated Credit Services, INc**<br>**P.O. Box 9100**<br>**Hopkinton, MA 01748** | - | | | For Notification Purposes Only | | | | 0.00 |
| Account No. **4671**<br><br>**Wells Fargo BANK NA**<br>**P.O. Box 94498**<br>**Las Vegas, NV 89193** | - | | | 11/2008<br>Credit Card | | | | 7,497.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,612.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohandry Lopez,**
**Geisel Linares**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Wells Fargo bank NA** <br>**c/o LTD Financial Services LP** <br>**7322 SW FWY Ste 1** <br>**Houston, TX 77074** | - | | | For Notification Purposes Only | | | | 0.00 |
| Account No. **3431** <br><br> **Wells Fargo Bank NA** <br>**c/o Calvary Portifolio Svcs** <br>**7 Skyline Dr 3rd Floor** <br>**Hawthorne, NY 10532** | - | | | 03/2009 <br>Collection Agency - Notification Purposes Only | | | | 0.00 |
| Account No. <br><br> **Wells Fargo/Citi Furniture** <br>**c/o Tate Kirlin Associates** <br>**2810 Southampton Rd** <br>**Philadelphia, PA 19154** | - | | | For Notification Purposes Only | | | | 0.00 |
| Account No. **2360** <br><br> **Wells Fargo/Tiger Gold Card** <br>**P.O Box 97896** <br>**Las Vegas, NV 89193** | - | | | 03/2009 <br>Crredit Card | | | | 6,393.00 |
| Account No. **0875** <br><br> **WF City Furniture** <br>**P.O. Box 94498** <br>**Las Vegas, NV 89193** | - | | | 05/16/2003 <br>Charge Account | | | | 0.00 |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 6,393.00 |
| Total (Report on Summary of Schedules) | 453,121.12 |

B6G (Official Form 6G) (12/07)

In re    **Yohandry Lopez,**                                                    Case No. _____
         **Geisel Linares**
_____,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re      **Yohandry Lopez,**                                          Case No. _____

      **Geisel Linares**

_____,

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re    **Yohandry Lopez**
     **Geisel Linares**                    Case No. _____

                               Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**10**<br>**6** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner** | **Independent Contractor** |
| Name of Employer | **Self Employed - Caulking Express** | **Self Employed - Caulking Express** |
| How long employed | **08/2005** | **08/2005** |
| Address of Employer | **2901 W 16th Ave Lot 93-A**<br>**Hialeah, FL 33018** | **2901 W 16th Ave Lot 93-A**<br>**Hialeah, FL 33018** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|      a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|      b. Insurance | $ | **0.00** | $ | **0.00** |
|      c. Union dues | $ | **0.00** | $ | **0.00** |
|      d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **5,000.00** | $ | **1,500.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>      dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **5,000.00** | $ | **1,500.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,000.00** | $ | **1,500.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **6,500.00** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Yohandry Lopez**
**Geisel Linares**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 350.00 |
|         b. Water and sewer | | $ | 120.00 |
|         c. Telephone | | $ | 120.00 |
|         d. Other   **Cable TV** | | $ | 56.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|         a. Homeowner's or renter's | | $ | 458.00 |
|         b. Life | | $ | 0.00 |
|         c. Health | | $ | 0.00 |
|         d. Auto | | $ | 0.00 |
|         e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|         (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|         a. Auto | | $ | 0.00 |
|         b. Other | | $ | 0.00 |
|         c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
|      Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,354.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 6,500.00 |
| b. | Average monthly expenses from Line 18 above | $ | 2,354.00 |
| c. | Monthly net income (a. minus b.) | $ | 4,146.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yohandry Lopez**
      **Geisel Linares**

Case No. _____

                   Debtor(s)

Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November  9, 2011**           Signature    **/s/ Yohandry Lopez**
                                                **Yohandry Lopez**
                                                Debtor

Date   **November  9, 2011**           Signature    **/s/ Geisel Linares**
                                                    **Geisel Linares**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yohandry Lopez**
      **Geisel Linares**
                                              Case No. _____
                              Debtor(s)               Chapter    **13**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$25,000.00** | **2011 (estimated): both Self-Employment Income** |
| **$29,000.00** | **2010: both Self-Employment Income** |
| **$50,736.00** | **2009: both Self-Employment Income** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **U.S. Bank v. Yohandry Lopez - Case # 2008-18513-CA-01** | **Foreclosure** | **Miami Dade** | **Certificate of Title** |
| **Capital One v. Yohandry Lopez - Case # 2009-52128-CA-01** | **Statement of Claim** | **Miami-Dade** | **Pending** |
| **Consolidated Asset Mgmt LLC v. Yohandry Lopez - Case # 2009-8620-SP-05** | **Statement of Claim** | **Miami Dade** | **pending** |
| **JP Morgan Mortgage Acquisition v. Yohandry Lopez - Case# 2009-57902-CA-01** | **Foreclosure** | **Midami Dade** | **Final Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Countrywide Home LOans/ Bank United FSB v. Geisel Linares -  Case# 2008-63358-CA-01** | **Foreclosure** | **Miami Dade** | **Final Judgment** |
| **Banco Popular v. Florida Unlimited and Geisel Linares - Case # 2009-36736-CA-01** | **Replevin** | **Miami-Dade** | **Dismissed** |
| **Target Natl Bank v. Geisel Linares - Case # 2009-8605-CC-23** | **Credit Card** | **Miami Dade** | **Default Final Judgment** |
| **Federal National Mortgage v. Reynaldo Linares et al - Case # 08-CA-47691** | **Foreclosure** | **Broward** | **Certificate of Title** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Land Rover 25 Braintree Hill Park S Braintree, MA 02184** | **2007** | **2007 Range Rover** |
| **Bank of America 4161 Piedmont Pkwy Greensboro, NC 27410** | **2007** | **2007 Mercedez Benz** |
| **US National Bank 425 Walnut Street Cincinnati, OH 45202** | **06/17/2009** | **17152 NW 87th Court, Miami Fl 33018** |
| **BAC Home Loan Servicing, LP 4500 Park Granada Calabasas, CA 91302** | | **1893 S. Ocean Drive #901, Hallandale Beach, FL** |

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniel M. Keil, P.A.**<br>**6500 Cowpen Road**<br>**Miami Lakes, FL 33014** | **11/09/2011** | **2500.00 (Balance of $2000)** |

### 10. Other transfers

**None**
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None**
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

**None**
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.   Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.   Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
     within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
   ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
   years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
   ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
   years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Caulking Express LLC** | **2002** | **10000 NW 135th Street Hialeah, FL 33018** | **Construction/Repairs** | **08/2005 - present** |
| **Florida Unlimited Glass, INc** | | **17152 NW 87th Court Hialeah, FL 33018** | **Water Leaking** | **11/2003-2008** |
| **MEV Construction Inc** | | **662 GLENRIDGE RD KEY BISCAYNE FL Key Biscayne, FL 33149** | **Construction/Repairs** | **06-2010 - 09/2011** |
| **LIONGATE KENNELS LLC** | | **10000 NW 135 ST HIALEAH GARDENS Hialeah, FL 33018** | **Dog Breeding** | **09/2008 - 09/2009** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                           DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                         RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                          NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                           DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

8

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None  ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None  ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November  9, 2011**          Signature  **/s/ Yohandry Lopez**
                                              **Yohandry Lopez**
                                              Debtor

Date  **November  9, 2011**          Signature  **/s/ Geisel Linares**
                                              **Geisel Linares**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Yohandry Lopez**
       **Geisel Linares**                 Case No. _____

                               Debtor(s)        Chapter    **13**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Yohandry Lopez**
**Geisel Linares**                      X   **/s/ Yohandry Lopez**           **November  9, 2011**

Printed Name(s) of Debtor(s)             Signature of Debtor           Date

Case No. (if known) _____       X   **/s/ Geisel Linares**           **November  9, 2011**

                                      Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Florida

In re **Yohandry Lopez**
**Geisel Linares**

Case No.
Chapter    **13**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **November  9, 2011**

**/s/ Yohandry Lopez**
**Yohandry Lopez**
Signature of Debtor

Date:    **November  9, 2011**

**/s/ Geisel Linares**
**Geisel Linares**
Signature of Debtor

Advanta Bank
P.O. Box 8088
Philadelphia, PA 19101

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

Arrow Financial Services
5996 W. Touhy Ave
Niles, IL 60714

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

Associated Recovery Systems
P.O. Box 469099
Escondido, CA 92046

AT&T
P.O. Box 1262
Charlotte, NC 28201

BAC Home Loan Servicing, LP
450 American St
Simi Valley, CA 93065

BAC Home Loan Servicing, LP
c/o Greenpoint Mortgage Funding, Inc
1100 Larkspur Landing, Cir, Suite 360
Larkspur, CA 94939

Banco Popular
8180 NW 36th St
Miami, FL

Banco Popular
7 West 51st Street
New York, NY 10019

Banco Popular
P.O. Box 17036
Baltimore, MD 21297

Banco Popular
P.O. Box 4601
Oak Park, IL 60303


Bank of America
4161 Piedmont Parkway Nc4 105 03 14
Greensboro, NC 27410


Bank of America
c/o Financial Recovery Services Inc
P.O. Box 385908
Minneapolis, MN 55438


Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726


Bank of America
c/o Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256


Bank of America
De5-019-03-07
Newark, DE 19714


Bank One Card Service
Westerville, OH 43081


Bank United FSB
14817 Oak Lane
Hialeah, FL 33016


Bank United FSB
c/o Neale J. Poller, FSB
550 Biltmore Way, Ste 700
Miami, FL 33134


Bank United, FSB
7815 NW 148th Street
Miami Lakes, FL 33016

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801


Barclays Bank Delaware
c/o Juniper Card Services
P.O. Box 13337
Philadelphia, PA 19101


BJs Card Services
P.O. Box 13337
Philadelphia, PA 19101


Broward County Rev. Collector
115 S. Andrews Ave.
Fort Lauderdale, FL 33301


Bureau of Collection Recovery Inc
7575 Corporate Way
Eden Prairie, MN 55344


Business Card
P.O. Box 15710
Wilmington, DE 19886


CACH LLC
c/o Law Office of Larry Roach
175 Montrose West Avenue # 170
Copley Township, OH 44321


Calvary Portifolio Services LLC
P.O. Box 27288
Tempe, AZ 85285


Capital One
P.O. Box 85520
Richmond, VA 23285


Capital One
c/o LOR Mar Investment, LLC
662 Glenridge Road
Key Biscayne, FL 33149

Capital One
c/o Shapiro & Fishman, LLP
2424 N. Federal Hgwy #360
Boca Raton, FL 33431


Capital One
P.O. BOx 30285
Salt Lake City, UT 84130


Chase
c/o Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Chase
Po Box 15298
Wilmington, DE 19850


Chevron
P.O. Box 5010
Concord, CA 94524


Chevy Chase Bank
8401 Connecticut Avenue
Chevy Chase, MD 20815


Circuit City
P.O. Box 15291
Wilmington, DE 19886


CITGO/CBSD
P.O. Box 6497
Sioux Falls, SD 57117


Citi
P.O. Box 6241
Sioux Falls, SD 57117


Citi Furniture
P.O. Box 9121
Des Moines, IA 50306


CitiBusiness Card
P.O. Box 6414
The Lakes, NV 88901

Citifinancial Retail Services
P.O. Box 499
Hanover, MD 21076


Consolidated Asset Management, LLC
727 East Bethany Home Rd
Phoenix, AZ 85014


Countrywide Home Loans (BAC)
450 American Street
Simi Valley, CA 93065


Countrywide Home Loans (BAC)
Law Offices of Marshall Watson
1800 NW 49 St, Suite 120
Fort Lauderdale, FL 33309


Countrywide Home Loans, Inc.
4500 Park Granada Blvd
Calabasas, CA 91302


Dell Preferred Account
P.O. Box 6403
Carol Stream, IL 60197


Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850


Discover Financial Services LLC
c/o Capital Management Services, LLP
726 Exchange St. Suite 700
Buffalo, NY 14210


DSNB Macys
9111 Duke Blvd
Mason, OH 45040


Federal National Mortgage Association
3900 Wisconsin Ave, NW
Washington, DC 20016


Ford Motor Credit Co
One American Road
Dearborn, MI 48126

GE Money Bank
c/o Midland Credit Management
8875 Aero Dr
San Diego, CA 92123


GE Money Bank
c/o Leading Edge Recovery Solutions LLC
5440 N Cumberland Ave Ste. 300
Chicago, IL 60656


GE Money Bank / Lowes Consumer
P.O. Box 103104
Roswell, GA 30076


GEMB/Brandsmart
P.O. Box 981439
El Paso, TX 79998


GEMB/JCP
P.O. Box 984100
El Paso, TX 79998


Hitti Inc
P.O. Box 382002
Pittsburgh, PA 15250


Household Bank
c/o Cach LLC
Denver, CO 80202


Household Bank
c/o Lawrence A. Hecker, Esq.
2C South Gold Drive
Trenton, NJ 08691


Household Credit Services
P.O. Box 5222
Carol Stream, IL 60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

HSBC/Best Buy
1405 Foulk Road
Wilmington, DE 19808


HSBC/SAKS
140 W Industrial Dr
Elmhurst, IL 60126


Islands-Martinique Association, Inc.
1971 W. McNab Rd, Ste 2
Pompano Beach, FL 33069


Land Rover
25 Braintree Hill Park S
Braintree, MA 02184


LHR Inc
56 Main Street
Hamburg, NY 14075


LOR-MAR Investment, LLC
662 Glenridge Rd
Key Biscayne, FL 33149


LTD Financial Services, LP
7322 SW Freeway Suite 1600
Houston, TX 77074


LVNV Funding LLC
P.O. Box 10584
Greenville, SC 29603


Macys Visa
P.O. Box 8097
Mason, OH 45040


Maria Zayas
662 Glenridge Rd
Key Biscayne, FL 33149


Miami-Dade Tax Collector
140 West Flagler Street
Miami, FL 33130

Miami-Dade Water and Sewer
P.O. Box 330316
Miami, FL 33233


Midland Credit Management
8875 Aero Dr
San Diego, CA 92123


Natlamerican
1 Allied Drive
Feasterville Trevose, PA 19053


NCC Business Services, Inc
P.O Box 23758
Jacksonville, FL 32241


Owen Industries, LLC
1932 N.W. Miami Court
Miami, FL 33136


Pentagroup Financial LLC
P.O. Box 742245
Houston, TX 77274


Portifolio Recovery & Affil
120 Corporate Blvd. Ste 1
Norfolk, VA 23502


Radio Shack/CBSD
P.O Box 6497
Sioux Falls, SD 57117


Saxon MTG SVS, Inc
4708 Mercantile Drive North
Fort Worth, TX 76137-3605


Saxon MTG SVS, Inc
c/o Aldridge Connors
7000 West Palmetto Park Road, Ste 307
Boca Raton, FL 33433


Sears Credit Cards
P.O. Box 6937
The Lakes, NV 88901

```
Sears Gold Mastercard
P.O Box 105486
Atlanta, GA 30348


Sears Gold Mastercard
c/o LVNV Funding LLC
P.o. Box 10584
Greenville, SC 29603


Sears/CBSD
133200 Smith Road
Cleveland, OH 44130


T-Mobile
c/o Law Office of MN Kay
7 Penn Plz
New York, NY 10001


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274


Target N.B.
3701 Wayzata Blvd MS 3CG
Minneapolis, MN 55416


Target N.B.
c/o Rubin & Debski PA
P.O. Box 47718
Jacksonville, FL 32247


The Children's Place
4740 121 St
Urbandale, IA 50323


The Home Depot/CBSD
P.o. Box 6497
Sioux Falls, SD 57117


Tiger GLD CD
P.O. Box 94498
Las Vegas, NV 89193
```

Toys R Us/ Card Member Services
P.O. Box 15153
Wilmington, DE 19886


US Bank NA
425 Walnut Street
Cincinnati, OH 45202


US Bank NA
c/o Smith, Hiatt & Diaz, PA
P.O. Box 11438
Fort Lauderdale, FL 33339-1438


VISDSNB
9111 Duke Blvd
Mason, OH 45040


Wachovia REC
P.O. box 3117
Winston Salem, NC 27102


WEB Bank/DFS
12234 N Lh 35 Sb Bldg B
Austin, TX 78753


Wells Fargo / Citi Furniture
c/o Arrow Financial Svcs
5996 W Touhy Ave
Niles, IL 60714


Wells Fargo / Tiger Gold Card
c/o Calvary Portfolio Svcs
7 Skyline Dr. 3rd FLoor
Hawthorne, NY 10532


Wells Fargo Bank NA
101 North Philips Abe
Sioux Falls, SD 57104


Wells Fargo Bank NA
c/o Associated Credit Services, INc
P.O. Box 9100
Hopkinton, MA 01748

Wells Fargo BANK NA
P.O. Box 94498
Las Vegas, NV 89193


Wells Fargo bank NA
c/o LTD Financial Services LP
7322 SW FWY Ste 1
Houston, TX 77074


Wells Fargo Bank NA
c/o Calvary Portifolio Svcs
7 Skyline Dr 3rd Floor
Hawthorne, NY 10532


Wells Fargo/Citi Furniture
c/o Tate Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154


Wells Fargo/Tiger Gold Card
P.O Box 97896
Las Vegas, NV 89193


WF City Furniture
P.O. Box 94498
Las Vegas, NV 89193