**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | [debtor name] | JOINT DEBTOR: [joint debtor name] | CASE NO.: [case no] |
| Last Four Digits of SS# | [xxxx] | Last Four Digits of SS# [xxxx] | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **_** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ _____ for months    1    to    60   ;
- B. $ _____ for months _____ to _____ ;
- C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $4,500.00 (Safe Harbor; Base-$3,500.00; Motion to Value Real Property I-$500.00; Motion to Value Real Property II - $500.00). Balance due: $0.00 (installment payment).

**Secured Creditors:** [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| 1. Name of Secured Creditor | | | |
|---|---|---|---|
| | [creditor street address] (2008 unpaid taxes) | Arrearage on Petition Date | $ 0.00 |
| Address: | | Arrears Payment $ | 0.00 /month (Months __ to __) |
| Account No: | [account no] | Regular Payment $ | [amt], /month (Months __ to __) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| [creditor name and address] | [collateral description] $ [value] | 0% | $ [amt] | __ To __ | $ [total] |

| Ugewtgf Etgfkqt | Fguetkrvkqp qh Eqnncvgtcn cpf Xcnwg qh Eqnncvgtcn | Kpvgtguv Tcvg | Rncp Rc{ogpvu | Oqpyju qh Rc{ogpv | Vqvcn Rncp Rc{ogpvu |
|---|---|---|---|---|---|
| **AVOID LIEN**: 657<ca Y@Ub GYfj]WYb[ ž @D ()$5a YfWUb GHfYYh G]a J`JU`Ymž75-'$*)!$$$0 5WWti bhBc. IIII)('& | &-)&($%%(57 A#@ GI6C: D6&!%+! K%#&C: K%#&C: 9%#& C: HF% @GGB $: H : CFF#K CF %()$!' (*$%-) 7C7&), )&!&%+$, &$$+%cWUhYXUh %$$$$BK%)h GfYYhž<]UYU ž:@ ''$% '+)2$$$'$$ | 5JC=8 @9B u | 5JC=8 @9B | 5JC=8 @9B | 5JC=8 @9B |

Rtkqtkv{ Etgfkvqtu: cu fghkpgf kp 33 WUE 0Ë729_

!BCB9!   VqvcnFvg & _____
         Rc{cdng & _____ oqpyj *Oqpyju _ vq _+ Tgiwnct Rc{ogpv &_____

Wpugewtgf Etgfkvqtu: Rc{ &%$$$$$ oqpyj (Oqpyj %v $)
Rtq tcvc fkxkfgf w knidg ecnewncvgf d{ yjg Vtwuvgg wrqp tgxkgy qh iknf enckou chvgt dct fcvg.

### Other Provisions Not Included Above:

• KXN Rwtuwcpv vq Ugevkqp 743 *h+ 3+. yjg Fdvqt*u+ ujcnn rtqxkfg c eqp{ qh gcej hgf gtcn kpeqog g vcz tgwtpu vq yjg Ejcrvgt 35 Vtwuvgg tgswktgf wpfgt crrnkecdng ncy. wjkj tgurgev vq gcej vcz {gct qh yjg Fdvqt gpfkpi yjkg yjg ecug ku rgpfkpi wpfgt uwej ejcrvgt.

• Cnm qtvi cig eomrcpkgu ctg tgswktgf vq pqvkh{ yjg Fdvqr. yjg dcpmtwrve{ vtwuvgg cpf yjg Fdvqr)u cwqtpg{ qh cp{ kpetgcugu kp cnigwct moqpyjn{ rc{ogpvu fwtkpi yjg nkhg qh yjg Ejcrvgt 35 Rncp.

• Cnm qtvi cig eomrcpkgu ujcnn eqpvkpwg vq ugpf yjg fdvqr*u+ yjg tgiwnct moqpyjn{ kpxqkegu.

**Rejected Contracts and/or Leases**
!BCB9!
**Assumed Contracts and/or Leases**
!BCB9!

GdYWJU=bhYbj cbg.
657<caY@Ub GYfj]WYb[ ž@D. 8YVhcf]bhYbXgchUjc]X`]Yb
6Ub_Ib]hYfX: G6. 8YVhcfg]bhYbXchcgiffYbXYfdfcdYfhmiUHLW YX`hc`hY`Yb
7cibhfmk]XY<caY@Ubgf 657Ł 8YVhcfg]bhYbXchcgiffYbXYfdfcdYfhmiUHLW YX`hc`hY`Yb

Kfgenctg yjcv yjg hqtgiqkpi ejcrvgt 35 rncp ku vtwg cpf eqttgev wpfgr rgpcnv{ qh rgtlwt{.

| /s/ **Yohandry Lopez** | /s/ **Geisel Linares** |
|---|---|
| Mc\UbXfmi@cdYn | ;Y]gY@]bUfYg |
| Fgdvqt | Lqkpv Fgdvqt |
| Fcvg: Octej ;. 4234 | Fcvg: Octej ;. 4234 |