UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ Third Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yohandry Lopez        JOINT DEBTOR: Geisel Linares        CASE NO.: 11-41293
Last Four Digits of SS# xxx-xx-1933    Last Four Digits of SS# xxx-xx-7906

**MONTHLY PLAN PAYMENT**: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 0 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 9,256.47 for months 1 to 60 ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $4,500.00 (Safe Harbor; Base-$3,500.00; Motion to Value Real Property I-$500.00; Motion to Value Real Property II - $500.00). Balance due: $0.00.

**Secured Creditors**: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Miami-Dade Tax Collector        Arrearage on Petition Date $ 0.00
   Address: 140 West Flagler Street; Miami, FL 33130 (2008 unpaid taxes)    Arrears Payment $ 0.00 /month (Months 0 to 0)
   Account No: xx
   Account No: xxxxxxx0144    Regular Payment $ 211.08 /month (Months 1 to 60)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **CRAMDOWN** Saxon MTG SVS, Inc 4708 Mercantile Drive North; Fort Worth, TX 76137-3605 Account No: xxxxxx0085 | 29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135th Street, Hialeah, FL 33018 $ 375,000.00 | 5.25% | 7,119.74* *pursuant to agreed order entered as DE# 58 granting MTV $ DE# 36) | 1 To 60 | 427,184.40 |

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **AVOID LIEN:**<br><br>BAC Home Loan Servicing, LP<br>450 American Street<br>Simi Valley, CA 93065-0000<br><br>Account No: xxxx5432 | 29 52 40 1.14 AC M/L SUB OF PB 2-17-3 W1/2 OF W1/2 OF E1/2 OF TR 13 LESS N30FT FOR R/W OR 18450-3346 0199 5 COC 25852-2197 08 2007 1 located at 10000 NW 135th Street, Hialeah, FL 33018<br>$ 375,000.00 | AVOID LIEN | AVOID LIEN | AVOID LIEN | AVOID LIEN |

Unsecured Creditors: Pay $ **1,000.00** /month (Months **1** to **60**) - **Totaling $60,000**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

### Other Provisions Not Included Above:

- IVL: Pursuant to Section 521(f)(1), the Debtor(s) shall provide a copy of each federal income tax return to the Chapter 13 Trustee required under applicable law, with respect to each tax year of the Debtor ending while the case is pending under such chapter.

- All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.

- All mortgage companies shall continue to send the debtor(s) the regular monthly invoices.

**Special Intentions:**
BAC Home Loan Servicing, LP: Debtor intends to avoid lien.
Bank United FSB: Debtors intend to surrender property attached to the lien.
Countrywide Home Loans (BAC): Debtors intend to surrender property attached to the lien.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Yohandry Lopez
Debtor
Date  **April 05, 2012**

_____
Geisel Linares
Joint Debtor
Date  **April 05, 2012**